UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-14054-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

      Plaintiff,

vs.

GEOVANI ALEXANDER SALES,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON ADMISSIONS TO VIOLATION NUMBERS 1 AND 2

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE: 206] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on April 20, 2022 and a Report and Recommendation was filed, [DE: 216], recommending that the Defendant be found to have violated his supervised release as to Violation Numbers 1 and 2 as set forth in the Petition.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed.  The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 216] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 1 and 2 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Tuesday, May 24, 2022 at 2:00 p.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of May, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office